UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

       -against-                                        :            18 Cr. 612 (WHP)

Jowayne Tomlinson                                    :            <u>ORDER</u>
                           Defendant.            :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, August 3, 2020 at 12:00 p.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: July 29, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.