# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

April 16, 2021

Hon. William H. Pauley III  
U.S. District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

Re:  US v. Chestnut, et al 18 cr 612 (WHP) {Joywane Tomlinson}

Dear Judge Pauley:

    I was counsel for Jowyane Tomlinson, a defendant in the above referenced matter. I was appointed pursuant to the CJA Act.

    Mr. Tomlinson was sentenced shortly before the onset of the Covid-19 Pandemic. As Your Honor may recall, I submitted a motion for companionate release on behalf of Mr. Tomlinson based upon the conditions at the jail caused by the Pandemic as well as other factors.

    I am informed by the CJA office that submission of these motions require court authorization as they are post-sentencing matters. Accordingly, please accept this letter in lieu of a formal motion requesting that my CJA appointment also include submission of a motion for compassionate release.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

Application granted. Mr. Pittell appointed nunc pro tunc to May 18, 2020.

SO ORDERED:

WILLIAM H. PAULEY III  
U.S.D.J.

April 16, 2021