**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

    -against-

JOWAYNE TOMLISON,
              Defendant.
------------------------------------------------------------X

18 CR. 612 (RMB)

**ORDER**

       The Court hereby schedules a supervised release hearing in this case for Tuesday, July 27, 2021 at 9:30 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0612

Dated: July 7, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.