**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

                                                                    18 CR. 612 (RMB)

        -against-

                                                                    **ORDER**

JOWAYNE TOMLISON,
                        Defendant.
------------------------------------------------------------X


        The supervised release hearing previously scheduled for Tuesday, July 27, 2021 at 9:30

AM is hereby rescheduled to Wednesday, August 4, 2021 at 11:00 AM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:


        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0612


Dated: July 20, 2021
        New York, NY



                                                    _____
                                                        RICHARD M. BERMAN
                                                        U.S.D.J.