**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

UNITED STATES OF AMERICA,
               Government,

     -against-

JOWAYNE TOMLISON,
               Defendant.

------------------------------------------------------------X

18 CR. 612 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, October 6, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0612

Dated: September 29, 2021
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.