UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                   18 CR. 612 (RMB)

  -against-

                                                                                   **ORDER**

JOWAYNE TOMLISON,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, December 2, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: November 23, 2021
       New York, NY

                                                          _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.