**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                18 CR. 612 (RMB)

  -against-

                                                                              **ORDER**

JOWAYNE TOMLISON,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, December 20, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: December 16, 2021
       New York, NY

                                                                               RICHARD M. BERMAN
                                                                                  U.S.D.J.