UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                             18 CR. 612 (RMB)

   -against-

                                                                                           **<u>ORDER</u>**

JOWAYNE TOMLISON,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, January 31, 2022 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0612

Dated: January 26, 2022
       New York, NY

                                                                   _____
                                                                       RICHARD M. BERMAN
                                                                          U.S.D.J.