UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  18 CR. 612 (RMB)
    -against-

                                                                **ORDER**

JOWAYNE TOMLISON,
                Defendant.
------------------------------------------------------------X

        The supervised release hearing scheduled for Monday, March 7, 2022 at 2:00 is hereby rescheduled to Wednesday, March 2, 2022 at 12:00 PM.

        In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: February 24, 2022
       New York, NY

                                                               _/s/ Richard M. Berman_
                                                                RICHARD M. BERMAN
                                                                      U.S.D.J.