UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                     :
      - against -                              :      18 CR. 612 (RMB)
                                                                     :
JOWAYNE TOMLISON,                              :      **ORDER**
                           Defendant.    :
-------------------------------------------------------------x

Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: March 14, 2022
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**

1