UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                              18 CR. 612 (RMB)

   -against-

                                                                             **ORDER**

JOWAYNE TOMLISON,
               Defendant.
------------------------------------------------------------X

      The Court hereby schedules a supervised release hearing for Thursday, July 28, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0612

Dated: July 15, 2022
       New York, NY

                                                                      RICHARD M. BERMAN
                                                                         U.S.D.J.