UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                     18 CR. 612 (RMB)

 -against-

                     **ORDER**

JOWAYNE TOMLISON,
     Defendant.
-------------------------------------------------------------X

  The supervised release hearing previously scheduled for Thursday, July 28, 2022 at 9:00 AM is hereby rescheduled to Wednesday, August 3, 2022 at 11:00 AM.

  In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0612

Dated: July 25, 2022
   New York, NY

                    RICHARD M. BERMAN
                      U.S.D.J.