UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

    -against-

JOWAYNE TOMLISON,
           Defendant.
------------------------------------------------------------X

18 CR. 612 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Wednesday, August 3, 2022 at 11:00 AM is hereby rescheduled to Tuesday, August 9, 2022 at 10:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: August 2, 2022
       New York, NY

                                            RICHARD M. BERMAN
                                                  U.S.D.J.