**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                           18 CR. 612 (RMB)

   -against-

                                                                                          **ORDER**

JOWAYNE TOMLISON,
                Defendant.
------------------------------------------------------------X

The supervised release hearing previously scheduled for Thursday, September 8, 2022 at 11:30 AM is hereby rescheduled to Wednesday, September 21, 2022 at 11:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0612

Dated: August 25, 2022
          New York, NY

                                                        _/s/ Richard M. Berman_
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.