**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                       18 CR. 612 (RMB)

   -against-

                                                       **ORDER**

JOWAYNE TOMLISON,
              Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Monday, October 24, 2022 at 12:30 PM is hereby rescheduled to 11:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (646) 453-4442
      Conference ID: 722 398 08#

Dated: October 18, 2022
       New York, NY

                                                          RICHARD M. BERMAN
                                                          U.S.D.J.