**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                   18 CR. 612 (RMB)

   -against-

                                                                                           **ORDER**

JOWAYNE TOMLISON,
                Defendant.
-------------------------------------------------------------X

       The supervised release hearing scheduled for Thursday, December 1, 2022 at 9:00 AM is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Access Code: 840 082 141#

Dated: November 15, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.