UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                          Government,     :        18 CR. 612 (RMB)
                                          :
            - against -                   :        **ORDER**
                                          :
JOWAYNE TOMLISON,                         :
                          Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 6, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 818 585 32#

Dated: February 1, 2023
       New York, NY

                                                    _____
                                                    **RICHARD M. BERMAN**
                                                           **U.S.D.J.**