UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

-against-

JOWAYNE TOMLISON,
                              Defendant.
-----------------------------------------------------------X

**ORDER**

18 **CR.** 612 (RMB)

        For the reasons stated on the record today, the terms of supervised release conditions are modified to remove the special condition of participating in weekly mental health counseling. All other terms and conditions remain in effect. See Transcript of proceedings held on February 6, 2023 for a complete record.

Dated: New York, New York
        February 6, 2023

_____
RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/23