**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                                   :
                                                            :
                Government,                      :        18 CR. 612 (RMB)
                                                            :
        - against -                                     :        **ORDER**
                                                            :
JOWAYNE TOMILSON,                                           :
                Defendant.                       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, July 18, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 221 044 442#

Dated: July 12, 2023
       New York, NY

                                                                   **RICHARD M. BERMAN**
                                                                        **U.S.D.J.**