UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,        :       18 CR. 612 (RMB)
                                           :
     - against -                          :       **ORDER**
                                           :
JOWAYNE TOMILSON,                          :
                                           :
                 Defendant.         :
------------------------------------------------------------x

       The supervised release hearing previously scheduled for Monday, October 2, 2023 at 1:30 P.M. is hereby rescheduled to Thursday, November 16, 2023 at 11:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 837 283 062#

Dated: August 23, 2023
       New York, NY

                                                       */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                 **U.S.D.J.**