UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,    :    18 CR. 612 (RMB)
                                              :
       - against -                        :    **ORDER**
                                              :
JOWAYNE TOMILSON,                             :
                    Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, November 16, 2023 at 11:00 A.M. is hereby rescheduled to Thursday, October 26, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 837 283 062#

Dated: September 20, 2023
       New York, NY

                                        */s/ Richard M. Berman*
                                        **RICHARD M. BERMAN**
                                                U.S.D.J.