**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                              Government,        :        18 CR. 612 (RMB)
                                             :
        - against -                         :        **ORDER**
                                             :
JOWAYNE TOMLISON,                            :
                               Defendant.         :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 26, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 837 283 062#

Dated: October 18, 2023
       New York, NY

                                                               **RICHARD M. BERMAN**
                                                                     **U.S.D.J.**