UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                       Government,          :         18 CR. 612 (RMB)
                                             :
       - against -                          :         **ORDER**
                                             :
JOWAYNE TOMLISON,                            :
                       Defendant.           :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, October 26, 2023 at 10:00 A.M. is hereby rescheduled to Tuesday, October 31, 2023 at 12:30 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 837 283 062#

Dated: October 23, 2023
       New York, NY

                                                         _Richard M. Berman_
                                                       **RICHARD M. BERMAN**
                                                            U.S.D.J.