UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                Government,     :     18 CR. 612 (RMB)

      - against -         :     **ORDER**

JOWAYNE TOMLISON,         :
                Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 29, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 906 024 175#

Dated: November 22, 2023
       New York, NY

                                          _Richard M. Berman_
                                         **RICHARD M. BERMAN**
                                                **U.S.D.J.**