UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                   Government,              :         18 CR. 612 (RMB)
                                             :
        - against -                         :         **ORDER**
                                             :
JOWAYNE TOMLISON,                            :
                  Defendant.               :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, December 19, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 127 164 027#

Dated: December 13, 2023
       New York, NY

                                                    _____
                                                   **RICHARD M. BERMAN**
                                                           **U.S.D.J.**