**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                    Government,     :     18 CR. 612 (RMB)

    - against -                   :     **ORDER**

JOWAYNE TOMLISON,            :

                    Defendant.     :
---------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, January 10, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: January 3, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.