**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                                     :
                Government,          :          18 CR. 612 (RMB)
                                                                     :
      - against -                              :          **ORDER**
                                                                     :
JOWAYNE TOMLISON,                          :
                                                                     :
                Defendant.          :
-------------------------------------------------------------x

       The sentencing scheduled for Tuesday, January 30, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: January 17, 2024
       New York, NY

                                         *Richard M. Berman*
                                         RICHARD M. BERMAN
                                               U.S.D.J.