U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/24

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Jowayne Tomlinson*, 18 Cr. 612 (RMB)

Dear Judge Berman:

The Government respectfully requests a one-week extension of the January 17, 2024 deadline for the parties' joint proposal regarding the defendant's proposed residence and related information as part of the terms of any future supervised release that may be imposed in his case. The extension is requested because the defense has indicated more time is needed to identify an appropriate residence.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Jane Y. Chong*
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

cc: Jeff Pittell (by CM/ECF)

Extension granted.

SO ORDERED:
Date: 1/17/24           Richard M. Berman
                        Richard M. Berman, U.S.D.J.