**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,    :    18 CR. 612 (RMB)

    - against -    :    **ORDER**

JOWAYNE TOMLISON,

                Defendant.    :
------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, February 26, 2024 at 9:00 A.M. is hereby rescheduled to Wednesday, March 27, 2024 at 10:00 A.M.

The proceeding will be held in Courtroom 17B.

Dated: February 28, 2024
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                     U.S.D.J.