**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                        Government,      :         18 CR. 612 (RMB)
                                         :
            - against -                  :         **ORDER**
                                         :
                                         :
JOWAYNE TOMLISON,                        :
                                         :
                        Defendant.       :
-------------------------------------------------------------x


        The supervised release hearing previously scheduled for Wednesday, March 27,

2024 at 10:00 A.M. is hereby rescheduled to 2:30 P.M. on the same date.

        The proceeding will be held in Courtroom 17B.



Dated: March 26, 2024
        New York, NY


                                        _____
                                            RICHARD M. BERMAN
                                                 U.S.D.J.