UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                        Government,         :         18 CR. 612 (RMB)
                                            :
              - against -                   :         **ORDER**
                                            :
JOWAYNE TOMLISON,                           :
                        Defendant.          :
---------------------------------------------------------------x


The supervised release hearing scheduled for Thursday, May 16, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 871 925 322#


Dated: May 8, 2024
      New York, NY

                                              **RICHARD M. BERMAN**
                                                    **U.S.D.J.**