UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                      Government,       :        18 CR. 612 (RMB)
                                             :
      - against -                          :        **ORDER**
                                             :
JOWAYNE TOMLISON,                            :
                                             :
                      Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is hereby rescheduled to Thursday, September 19, 2024 at 3:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 358 647 572#

Dated: September 17, 2024
       New York, NY

                                                _____
                                                **RICHARD M. BERMAN**
                                                        U.S.D.J.