**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,     :     18 CR. 612 (RMB)
                                           :
          - against -                     :     **ORDER**
                                           :
JOWAYNE TOMLISON,                          :
                                           :
                         Defendant.      :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 31, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 107 044 164#

Dated: October 23, 2024
        New York, NY

                                                    _/s/ Richard M. Berman_
                                                    **RICHARD M. BERMAN**
                                                    **U.S.D.J.**