UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
: 
                          Government, : 18 CR. 612 (RMB)
:
      - against - : **ORDER**
:
JOWAYNE TOMLISON, :
:
                          Defendant. :
------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, December 9, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 183 654 882#

Dated: December 4, 2024
       New York, NY

                                                          _Richard M. Berman_____
                                                        **RICHARD M. BERMAN**
                                                              **U.S.D.J.**