**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                 Government,      :      18 CR. 612 (RMB)

       - against -             :      **ORDER**

JOWAYNE TOMLISON,            :

                 Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, January 13, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 756 729 95#

Dated: January 8, 2025
        New York, NY

                                          _/s/ Richard M. Berman_
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**