**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                              :
                        Government,   :    18 CR. 612 (RMB)
                                              :
        - against -                          :    **ORDER**
                                              :
JOWAYNE TOMLISON,                             :
                                              :
                        Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 5, 2025 at 9:00 A.M.

On all the parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now]

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 251 941 507#

Dated: April 30, 2025
       New York, NY

                                              *Richard M. Berman*
                                       **RICHARD M. BERMAN**
                                              **U.S.D.J.**