**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                Government,        :     18 CR. 612 (RMB)

         - against -             :     **ORDER**

JOWAYNE TOMLISON,           :

              Defendant.         :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 31, 2025 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
**[Join the meeting now](#)**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 365 705 262#

Dated: July 23, 2025
        New York, NY

                                             **RICHARD M. BERMAN**
                                                             **U.S.D.J.**