**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

                                Government,       :       18 CR. 612 (RMB)

                - against -                  :       **ORDER**

JOWAYNE TOMLISON,               :

                                 Defendant.          :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, September 8, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 142 849 965#

Dated: September 3, 2025
       New York, NY

                                                                 **RICHARD M. BERMAN**
                                                                          U.S.D.J.