**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                 Government,  :        18 CR. 612 (RMB)
                                         :
        - against -                    :        **ORDER**
                                         :
JOWAYNE TOMLISON,                        :
                                         :
                 Defendant.   :
-------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, November 20, 2025 at 10:30 A.M.

      On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 780 121 080#

Dated: November 12, 2025
       New York, NY

                                                      */s/ Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                               **U.S.D.J.**