**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                         Government,          :        18 Cr. 612 (RMB)
                                              :
            - against -                       :        **ORDER**
                                              :
                                              :
JOWAYNE TOMLISON,                             :
                                              :
                         Defendant.           :
------------------------------------------------------------x


The supervised release hearing scheduled for January 14, 2026 at 10:00 A.M. will take

place in Courtroom 17B.


Dated: January 8, 2026
       New York, NY


_____
        **RICHARD M. BERMAN**
            **U.S.D.J.**