**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

18 Cr. 612 (RMB)

**ORDER**

JOWAYNE TOMLISON,

Defendant.

The Court hereby orders that Mr. Jowayne Tomlison's term of supervised release is

terminated effective January 29, 2026 for the reasons stated on the transcript of the January 14,

2026 supervised release hearing. *See* Tr. of Proceedings held on January 14, 2026.

Date: January 22, 2026
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**